Billy Fox, District Clerk
Bowie County, Texas
710 James Bowie Drive
New Boston, Tx 75570

**71,512-01**

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**MAR 0 2 2015**

**Abel Acosta, Clerk**

Date: May 16, 2014

To: Jermaine Dwayne Easter #1333955
Wynne Unit
810 FM 2821
Huntsville, TX 77349

State Of Texas vs Jermaine Dwayne Easter  in case number 04F0537-102

In accordance with the Open Records Act section 552.028, Government Code:

> (a) *A governmental body is not required to accept or comply with a request for information from:*
> > (1) *an individual who is imprisoned or confined in a correctional facility; or*
> > (2) *an agent of that individual, other than that individual's attorney when the attorney is requesting information that is subject to disclosure under this chapter.*
>
> (b) *This section does not prohibit a governmental body from disclosing to an individual described by Section (a)(1), or that individual's agent, information held by the governmental body pertaining to that individual.*

You may purchase copies for a fee of $1.00 per page.   The District Clerk's Office does not have the transcript or the police report you are requesting. You will have to contact Lucille Collins at, 204 Oakhill RD, Texarkana, TX 75501, for the transcript.

A copy of the case summary has been included for the above listed cause number.  This reflects all filings as of this date.

Sincerely,

Christina Holland, Deputy

Billy Fox, District Clerk

Bowie County, Texas

Cause NO. 04-F-537-102

Appeal NO. 06-D0050-CR

February 25, 2015

Mr. Jermaine Easter
#1833955 Stiles Unit
3060 Fm 3514
Beaumont Texas 77105

Clerk Louise Pearson
Court of Criminal Appeal
P.O Box 12308 Capital Station
Austin. Texas 78711

RE: Motion I've filed to the Courts and have not recieved

any response; From the Said Courts. Further halting my Appeal Process "PRO SE"

Dear Pearson. Clerk

I've written to both Courts in New Boston and Texarkana. I've filed Motion with both Courts Since 2013, 2014 and 2015, I've was refered to the Texarkana Court by Christina Holland, Deputy Billy Fot, District Clerk Bowie County. Texas. on May 16, 2014. Motion was Forwarded by Christina Holland to the Texarkana Court house to A Lucille Collins 204 walhill Rd. Texarkana Tx 75501. I recieved that only response by Clerk "Christina Holland, I've Filed Motion in a Accordance with those steps recuired by Law of the Courts. Under "Indigent Defendant" and Filing all Paper work "Motion" "PRO SE". I've recuested through motion, OR all Pretrail Motion that was filed by then Attorney "Court Appointed" Clyde Lee to be turned over to the Petitioner. I've filed A Motion for the Grand Jury testimony of Prince Damon Lang on Ground for Presum under Sec. 37.02, 37.03, 37.07-(b) moving through evidence of Statements. Trail transcript testimony. Any Police Report that was not turn over to the Prosecutor Office naming. written Statement that was Supposely Made by Petitioner or recording Statement.

Any Police Line-up, Photographic Photoline-up that the Police Department of DeKalb Texas So Possess. Motion for any "Immunity Deal" made to Prince Demon Long and Denny Goodson by the Prosecutor office that was with held under the Brady v. Maryland rule. I have not recieved any of those motion files I so far reauested. Under Open Records Section 552.028, Government Code (b) This section does not Prohibit A Governmental body From disclosing to an Individual described by Section (a)(1), or that Individual's ausent, Information held by the governmental body Pertaining to that individual. Petitioner is representing under "PRO SE" rule and is entitled to the motion for mention. I really would appreciate if the Said Court of the Honorable Judges will help in this matter.

Respectfully Submitted

Jermaine Easter #1333755
"PRO SE"

_Signature_